Gina M. Corena, Esq.
Nevada Bar No. 10330
gina@lawofficecorena.com
Chet A. Glover, Esq.
Nevada Bar No. 10054
chet@lawofficecorena.com
GINA CORENA & ASSOCIATES
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE RENEE NEILSEN, an individual;<br><br>Plaintiff<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I- X, and ROE CORPORATIONS I - X, inclusive,<br><br>Defendant | CASE NO: 2:24-cv-00802-CDS-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF'S REPLY TO STATE FARM'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND** |

The parties, by and through their counsel, and through their respective counsel stipulate to Extend Time for Plaintiff Michelle Renee Neilsen's Reply to Defendant State Farm's Opposition to Plaintiff's Motion to Remand DOC [10] from June 12, 2024 to June 26, 2024.

IT IS SO STIPULATED.

DATED this 7th of June, 2024                      DATED this 7th of June, 2024

GINA CORENA & ASSOCIATES                          MESSNER REEVES, LLP

/s/ Chet A. Glover                                /s/ Renee M. Finch
Gina M. Corena, Esq.                              M. Caleb Myer, Esq.
Nevada Bar No. 10330                              Nevada Bar No. 13379
Chet A. Glover, Esq.                              Renee M. Finch, Esq.
Nevada Bar No. 10054                              Nevada Bar No. 13118
300 S. Fourth Street, Suite 1400                  8945 West Russell Road, Suite 300
Las Vegas, Nevada 89101                           Las Vegas, Nevada 891481
*Attorneys for Plaintiff*                         *Attorneys for Defendant*

## ORDER

Based on the parties' stipulation, the deadline for plaintiff Michelle Renee Neilsen to reply to defendant State Farm's opposition to plaintiff's motion to remand is extended to June 26, 2024.

_____
United States District Judge

Dated: June 11, 2024